NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMPUTER SOFTWARE PROTECTION LLC,**
*Plaintiff-Appellee*

**v.**

**ADOBE SYSTEMS INCORPORATED,**
*Defendant-Appellant*

---

2015-1608

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00451-SLR, Judge Sue L. Robinson.

---

## JUDGMENT

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for plaintiff-appellee. Also represented by TRAVIS CAMPBELL; ROBERT GILMAN, Hayes Messina Gilman & Hayes, Boston, MA.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for defendant-appellant. Also represented by JASON W. WOLFF; FRANK SCHERKENBACH, PROSHANTO MUKHERJI, Boston, MA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 14, 2016                     /s/ Daniel E. O'Toole
        Date                      Daniel E. O'Toole
                                  Clerk of Court